JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMAD HAYSAM ASSAF, an individual,<br><br>Plaintiff,<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 5:24-cv-00832-SSS-DTBx<br><br>(Honorable Sunshine S. Sykes<br> Crtrm: 2, Riverside Courthouse)<br><br>**JUDGMENT**<br><br><br>Complaint Filed: April 19, 2024 |

# **JUDGMENT**

The parties to this action filed cross-motions for judgment under FRCP Rule 52, and the Court took the motions and related opposition briefs under submission without a hearing. On July 22, 2025, the Court issued its Order Granting Defendant's Motion for Judgment and Denying Plaintiff's Motion for Judgment. [ECF 30] Pursuant to that Order,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. Judgment is entered in favor of Defendant Metropolitan Life Insurance Company and against Plaintiff Mohamad Haysam Assaf.
2. Plaintiff shall take nothing by way of the Complaint.
3. Defendant's denial of Plaintiff's claim for accidental death benefits under the Employee Retirement Income Security Act of 1974 ("ERISA") is affirmed.
4. Defendant is the prevailing party and may seek costs and fees as permitted by law.
5. The Clerk of the Court shall enter judgment accordingly and close this case.

**IT IS SO ORDERED**.

Dated: August 4, 2025

_____
HON. SUNSHINE SUZANNE SYKES
United States District Court Judge